ALICE CROCKER *et al.*, Respondents, *v.* ERVIN G. GOLLNER
*et al.*, Impleaded, etc., Appellants.

*Court of Appeals, October 28, 1892.*

*Appeal. Discretionary.*—The court has power on motion to relieve a
purchaser on a sale under judgment in a foreclosure action. Where
facts are shown sufficient to invoke the exercise of its discretion, the
court of appeals cannot review its determination.

Appeal from order of the supreme court, general term,
second department, affirming an order denying a motion to
compel a purchaser at a foreclosure sale of real property to
complete his purchase.

*Alfred R. Page*, for appellants.

*Wm. C. Beecher* and *Brewster Kissam*, for respondents.

GRAY, J.—Appeal from an order of the general term,
which affirmed an order denying a motion to compel the pur-
chaser at the sale in foreclosure to complete his purchase, and
relieving him from his bid. The motion was made by the
defendants, who were the mortgagors. Assuming that they
had an interest in the sale which would give them a stand-
ing in court to insist upon such a motion, a fact about which
some doubt fairly exists in view of a general release executed
by them after the mortgage sale to the purchaser, this court
will not review the order they complain of.

In the affidavits submitted in opposition to their motion
there appear facts which, while not perhaps exhibiting an im-
perfect title, still were sufficient in their nature, and as, in

part, occurring after the judgment of sale in foreclosure, to move the court to relieve the purchaser from his agreement to take the property bid off.

The court had the undoubted power to control the proceedings in the foreclosure action and with all the facts before it upon which its action was invoked in behalf of each party, the motion of the defendants was denied and the purchaser was relieved from going on with his agreement. It was a matter resting in its discretion and we will not review its action here.

The appeal should be dismissed, with costs.

All concur.